

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| HERIBERTO ARMENDARIZ, | § | No. 08-21-00100-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| MARIA C. FLORES, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCV0897) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **July 2, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Veronica Teresa Lerma, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before July 2, 2022.

IT IS SO ORDERED this 1st day of June, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.